UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 17-21236-CIV-MORENO

SIRLEY CASTRO,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ORDER DENYING MOTION TO VACATE SENTENCE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on Movant's Motion to Vacate pursuant to 28 U.S.C. § 2255, filed on **April 4. 2017**. The Magistrate Judge filed a Report and Recommendation **(D.E. 8)** on **August 10, 2017**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues. The Movant has not filed objections to the Magistrate Judge's Report and Recommendation and the time for doing so has now passed. it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Movant's Motion to Vacate pursuant to 28 U.S.C. § 2255 is DENIED. It is further

**ADJUDGED** that no certificate of appealability issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th of August 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Patrick A. White

Counsel of Record

**Sirley Castro,** *pro se*
09039-104
Tallahassee
Federal Correctional Institution
Inmate Mail/Parcels
501 Capital Circle NE
Tallahassee, FL 32301